**Before the United States District Court for the Northern District of Ohio Eastern Division at Akron**

| | |
|---|---|
| **Cynderila Patrick** | ) |
| | ) **Case No.** |
| Plaintiff | ) |
| | ) **Judge Lioi** |
| -vs- | ) |
| | ) |
| **Kristi Noem, et al.** | ) |
| | ) |
| Defendants | ) |

**NOTICE OF DISMISSAL OF THE YSU DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Cynderila Patrick, by and through undersigned counsel, hereby voluntarily dismisses without prejudice Defendants John Does 6–10, Jane Does 6–10, and/or Entity Does 6–10, who are associated with Youngstown State University, from the above-captioned action.

This notice of dismissal is filed before service of an answer or motion for summary judgment by the YSU Defendants.

Respectfully Submitted,

*s/ Rhys Cartwright-Jones*
**Rhys Brendan Cartwright-Jones, 0078597**
42 North Phelps St.
Youngstown, OH 44503-1130
330-744-6454, tel.
216-272-1938, cell
866-223-3897, fax
rhys@cartwright-jones.com
For the Defense

## Proof of Service

I caused to be delivered a copy of the foregoing to opposing counsel, all of whom receive service by way of this Court's ECF application, contemporaneous w/ filing.

*s/ Rhys Cartwright-Jones*
**Rhys Brendan Cartwright-Jones, 0078597**